CHRISTOPHER G. VAN GUNDY (State Bar No. 152359)    JS-6
cvangundy@roll.com
ANDREW E. ASCH (State Bar No. 198857)
aasch@roll.com
ROLL INTERNATIONAL CORPORATION - LEGAL DEPARTMENT
11444 W. Olympic Boulevard, 10th Floor
Los Angeles, California 90064-1557
Telephone: 310-966-5700
Facsimile: 310-966-5758

Attorneys for Plaintiff
POM WONDERFUL LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDEFFUL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHEERBLISS ICE CREAM, LLC, a Delaware limited liability company, and DOES 1-10, inclusive;<br><br>Defendants. | Case No. CV08-6556 VBF JTLx<br><br>[The Hon. Valerie Baker Fairbank]<br><br>**ORDER RE: STIPULATION RE: DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)] |

[PROPOSED] ORDER RE DISMISSAL
-1-

{032905.1}

1       In consideration of and pursuant to the stipulation between the parties and pursuant to Fed.R.Civ.P. 41(a), it is hereby ordered that the above action is to be dismissed with prejudice, and the Clerk of Court is hereby directed to enter judgment in conformity with this Order.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 22, 2009      By: /s/ Valerie Baker Fairbank
                                                Honorable Valerie Baker Fairbank
                                                Judge of the District Court